No. 03–8341. MELTON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–8343. LAWRENCE *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 03–8344. LUNA-FLORES *v.* UNITED STATES; MORA-NEPITA *v.* UNITED STATES; GUDINO-MARTINEZ *v.* UNITED STATES; ESQUIVAL-ZAMORA *v.* UNITED STATES; and ROMERO-GONZALEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–8349. WHITFIELD *v.* UNITED STATES POSTAL SERVICE. C. A. 9th Cir. Certiorari denied.

No. 03–8352. PHELPS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–8353. MORALES-SANTAMARIA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–8354. KEMP *v.* KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 03–8356. WILLIAMS ET AL. *v.* TAFT ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–8358. BOUTWELL *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 03–8360. SANTANA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–8369. LOVE *v.* MENIFEE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 03–8370. JENNINGS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–8373. JOYCE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–8374. BISHOP *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–8378. BRUCE *v.* JOHNSON, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. C. A. 5th Cir. Certiorari denied.